IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Solve Together, LLC (f/k/a Givemasks, LLC) and The Fine Companies, LLC<br><br>  Plaintiffs,<br>v.<br><br>Fedex Corporation and FedEx Corporate Services, Inc.,<br><br>  Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4/16/2025<br><br>Miscellaneous Action No. 24-mc-96 |

### NOTICE OF WITHDRAWAL OF
### MOTION TO QUASH SUBPOENA TO LEXSHARES INC.

Plaintiffs Solve Together, LLC (f/k/a GiveMasks, LLC) and The Fine Companies, LLC (together, "Plaintiffs") hereby notify the Court of the *withdrawal* of Plaintiffs' Motion to Quash Subpoena to LexShares Inc. (ECF No. 1) (the "Motion). Plaintiffs further state as follows:

  1. On March 1, 2024, Plaintiffs filed a Motion to Quash Subpoena to LexShares, Inc.

  2. Since then, Plaintiffs and Defendants FedEx Corporation and FedEx Corporate Services, Inc. (together, "Defendants") settled the underlying action pending in the United States District Court for the Western District of Tennessee and captioned *Solve Together, LLC, et al. v. FedEx Corporation, et al.*, 2:22-cv-02680-JTF-tmp (the "Action").

  WHEREFORE, Plaintiffs notify the Court that they are withdrawing Plaintiffs' Motion to Quash Subpoena to LexShares Inc. Plaintiffs request that the Court deny the Motion (ECF No. 1) as moot.

Dated: August 16, 2024       Respectfully submitted,

                 /s/ William H. Ellerbe
                 William H. Ellerbe (Bar ID: WE6891)

1

Eric L. Cramer
Michael C. Dell'Angelo
Michael J. Kane
Jacob M. Polakoff
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
wellerbe@bm.net
ecramer@bm.net
mdellangelo@bm.net
mkane@bm.net
jpolakoff@bm.net

*Counsel for Plaintiffs*

---

Plaintiffs initiated this miscellaneous action by filing a motion to quash [ECF Nos. 1, 11]. Plaintiffs also filed motions to seal submissions in connection with that motion [ECF Nos. 14, 15]. Plaintiffs thereafter withdrew their motion to quash [ECF No. 17]. The motion to quash is DENIED AS MOOT and the motions to seal are GRANTED. As such, the Clerk of Court respectfully is requested to close all open motions and close this case.

Date: April 16, 2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

2

## CERTIFICATE OF SERVICE

I certify that on August 16, 2024, I electronically filed a copy of the foregoing document via this Court's ECF filing system, and will serve a Court-stamped copy by email to counsel for Defendants in the Action:

Thomas Moran
FEDERAL EXPRESS CORPORATION
2601 Main Street
Western Region Headquarters
Irvine, CA 92614
Telephone: (949) 862-4612
thomas.moran@fedex.com

Colleen Hitch Wilson
Michael Siedband
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Bldg. B, 3rd Fl.
Memphis, TN 38125
Telephone: (901) 434-3000
Fax: (901) 434-4523
chitchwilson@fedex.com
michael.siedband@fedex.com

/s/ William H. Ellerbe